

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00598-CR

**IN RE** Darrell **BATES**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
                 Marialyn Barnard, Justice
                 Rebeca C. Martinez, Justice

Delivered and Filed:  October 9, 2013

PETITION FOR WRIT OF MANDAMUS DENIED AS MOOT

On August 30, 2013, relator filed a petition for writ of mandamus, complaining of the trial court's failure to rule on his motion for expunction of records filed in Cause No. 2009-CR-7740. On October 1, 2013, the district clerk provided a supplemental clerk's record which included the trial court's order signed September 17, 2013 granting relator's motion for expunction with respect to both Cause No. 2009-CR-7740 and Cause No. 2010-CR-12015.  Accordingly, the petition for writ of mandamus is denied as moot.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause Nos. 2009-CR-7740 and 2010-CR-12015, styled *The State of Texas v. Darrell Eugene Bates*, pending in the 290th Judicial District Court, Bexar County, Texas, the Honorable Melisa Skinner presiding.